**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



FILED
IN OPEN COURT

JUN - 1 2007

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 2:07cr109

BRIAN KELLY RYDER,

        Defendant.

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to a single count Criminal Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

/s/ Bradford Sullivan
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

June 1, 2007

## Clerk's Mailing Certificate

A copy of the foregoing Report was mailed this date to each of the following:

>Timothy V. Anderson, Esquire
>Anderson & Associates
>2396 Court Plaza Drive, Suite 200
>Virginia Beach, VA 23456
>
>Laura P. Tayman, Esquire
>Assistant United States Attorney
>8000 World Trade Center
>101 Main Street
>Norfolk, VA 23510

Fernando Galindo, Clerk

By _____KVG_____
     Deputy Clerk

_____June 4_____, 2007